FILED IN OPEN COURT
ON 6/22/11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

UNITED STATES OF AMERICA

V.

RICHARD ALLEN EVICK

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:11-MJ-1439

CHARGING DISTRICTS
CASE NUMBER: 2:11-CR-18

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____NORTHERN_____ District of _____WEST VIRGINIA_____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 500 West Pike St, Claksburg, WV 26302 _____ on June 30, 2011 at 1:30pm _____ .
*Date and Time*

_____22 June 2011_____
*Date*

_____[signature]_____
*Signature of Judge*

JAMES E. GATES, US MJ
*Name and Title of Judge*